**William P. ANDERSON**

v.

**STATE.**

**No. 28756.**

Court of Criminal Appeals of Texas.

Jan. 16, 1957.

C. C. Divine, Houston, for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction, on a plea of guilty before the court, is for the unlawful sale of whisky in a wet area without a permit; the punishment, a fine of $100.

The same question is raised here as in Hill v. State, Tex.Cr.R., 297 S.W.2d 679, this day decided contrary to appellant's contention.

The judgment is affirmed.